# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CRIMINAL CASE NO. 1:08cr128-9

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ERIKA PATRICE PARDUE. ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* motion to receive sentencing credit for time served in pretrial detention. [Doc. 402].

In her motion, the Defendant requests that the Court order credit for time served in jail awaiting to be sentenced. The Supreme Court has held, however, that only the Attorney General, through the Bureau of Prisons, may compute jail credit. See United States v. Stubbs, No. 97-4948, 1998 WL 387253, at *1 (4th Cir. June 24, 1998) (per curiam) (citing United States v. Wilson, 503 U.S. 329, 112 S.Ct. 1351, 117 L.Ed.2d 593 (1992)).

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's *pro se* motion to receive sentencing credit for time served in pretrial detention [Doc. 402] is **DENIED**.

**IT IS SO ORDERED**.

Signed: May 10, 2010

Martin Reidinger
United States District Judge